UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
MARGARET ZAVALIDROGA and THOMAS
ZAVALIDROGA,

                              Plaintiffs,

         vs                                              6:09-CV-225

JOSEPH S. COTE, III, Individually; JOHN DOE,
A fictitious name intended to indicate individuals
unknown at this time; JAMES E. KELLEY; DORIS
M. KELLEY; DAVID LaPLANTE, Individually, and
Officially as an Oneida County Sheriff's Deputy;
GREGORY J. AMOROSO, Individually, and
Officially; and THE TOWN OF ANNSVILLE,
A Municipal Entity,

                              Defendants.


~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                              OF COUNSEL:

MARGARET ZAVALIDROGA
Plaintiff, Pro Se
3267 Forward Road
Blossvale, NY 13308

THOMAS ZAVALIDROGA
Plaintiff, Pro Se
Rt. 28, Box 1011
Webb, NY 13420

KEIDEL, WELDON & CUNNINGHAM, LLP        CHRISTOPHER B. WELDON, ESQ.
Attorneys for Defendant Joseph S. Cote, III
924 Westchester Avenue
White Plains, NY 10604

KEIDEL, WELDON & CUNNINGHAM, LLP        DAVID B. SNYDER, ESQ.
Attorneys for Defendant Joseph S. Cote, III
4625 Onondaga Boulevard
Syracuse, NY 13219-1100

BOND, SCHOENECK & KING                  JOHN G. McGOWAN, ESQ
Attorneys for James and Doris Kelley
1 Lincoln Center
Syracuse, NY 13202

Gorman, Waszkiewicz, Gorman & Schmitt        BARTLE J. GORMAN, ESQ.
Attorneys for Defendant David LaPlante
1508 Genesee Street
Utica, New York 13502-5178

SUGARMAN, WALLACE LAW FIRM, LLP        MATTHEW D. GUMAER, ESQ.
Attorneys for Defendant Gregory Amoroso
21 West Jefferson Street
Syracuse, NY 13202

MACKENZIE HUGHES, LLP        JEFFREY D. BROWN, ESQ.
Attorneys for Defendant Town of Annsville
101 South Salina Street, Suite 600
PO Box 4967
Syracuse, New York 13221-4967

DAVID N. HURD
United States District Judge

## O R D E R

Various motions have been made by the defendants to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted (Docket Nos. 17, 41, and 44). Plaintiffs cross move for permission to serve a second amended complaint (Docket No. 48). Plaintiffs also oppose the defendants' motions (Docket Nos. 49, 54, and 59). Defendants have opposed the motion to amend (Docket No. 57).

Upon a review of all filings, it is clear that there is no subject matter jurisdiction for any of the plaintiffs' federal claims. In fact, those claims are frivolous. Supplemental jurisdiction over the state law claims is declined.

The motion for a second amended complaint is moot.

Therefore, it is

ORDERED, that

1.  The complaint is DISMISSED;

2.  The federal claims are dismissed with prejudice;

3.  The state law claims are dismissed without prejudice; and

4.  The motion to amend is DENIED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:   January 19, 2010
          Utica, New York.

_____
United States District Judge